DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS & ST. JOHN

UNITED STATES OF AMERICA,

v.

SHALICA BAXTER

Defendant.

CRIMINAL COMPLAINT

MAGISTRATE NUMBER 2017-24

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about April 6, 2017, at St. Thomas, District of the Virgin Islands, the defendant, **SHALICA BAXTER**, not being a licensed importer, dealer, and collector of firearms, within the meaning of Chapter 44, Title 18, United States Code, willfully did receive in St. Thomas, Virgin Islands, where she resides, a SCCY CPX-2 9mm pistol, bearing Serial Number 330227, and a Bersa Firestorm .380 caliber pistol bearing the serial number F03724, said firearms having been obtained by the defendant outside St. Thomas, Virgin Islands.

In violation of Title 18, United States Code, Sections 922(a)(3) and 924 (a)(1)(D)

I further state that I am a Special Agent, with Homeland Security Investigations of the Department of Homeland Security and that this complaint is based on the following:

SEE ATTACHED AFFIDAVIT, INCORPORATED HEREIN BY REFERENCE.

Continued on the attached sheet and made a part hereof: __X__ YES ____ NO

Alicia Blyden
Special Agent
Homeland Security Investigations

Sworn to before me and subscribed in my presence.

April 6, 2017    at    St. Thomas, U.S. Virgin Islands

Honorable
Magistrate Judge
District Court of the Virgin Islands